

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Billy Wayne Marcy, Appellant

No. 06-14-00155-CR     v.

The State of Texas, Appellee

Appeal from the 6th District Court of Red River County, Texas (Tr. Ct. No. CR01988).  Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the trial court's judgment to delete the attorney fees assessed.  As modified, the judgment of the trial court is affirmed.

We note that the appellant, Billy Wayne Marcy, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED JANUARY 27, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk